JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
MEGHANN A. TRIPLETT (State Bar No. 268005)
*Meghann@MarguliesFaithLaw.com*
NOREEN A. MADOYAN, (State Bar No. 279227)
*Noreen@Marguliesfaithlaw.Com*
**MARGULIES FAITH LLP**
16030 Ventura Boulevard, Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Attorneys for Plaintiff, Peter J. Mastan, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KEYSTONE TEXTILE, INC.,<br><br>Debtor. | Case No.:  2:17-bk-21270-ER<br><br>Chapter 7<br><br>Adv. No.: 2:19-ap-01392-ER |
| PETER J. MASTAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>FLINTRIDGE PREPARATORY SCHOOL, Inc., a California Corporation; HEE YOUNG HWANG, an individual; YOUNG J. HWANG, an individual; JOYCE J. HWANG, an individual; and NAM SOO HWANG, an individual and DOES 1-10, Inclusive,<br><br>Defendants. | **AMENDED PROOF OF SERVICE OF:**<br><br>**A.  COMPLAINT FOR: (1) AVOIDANCE OF ACTUAL FRAUDULENT TRANSFERS [11 U.S.C. 544(b) 548(a)(1)(A) and 550(a), and Cal. Civ. Code §§ 3439.04(a) and 3439.07]; (2) AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS [11 U.S.C. §§ 544(b), 548(a)(1)(B), and 550(a), and Cal. Civ. Code §§ 3439.04(b) or 3439.05 and Cal. Civ. Code § 3439.07]; AND (3) RECOVERY OF AVOIDED TRANSFER [11 U.S.C.§ 550(a)] (DKT NO. 1);**<br><br>**B.  ADVERSARY PROCEEDING COVER SHEET (DKT NO. 1-1);**<br><br>**C.  SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] (DKT NO. 3);**<br><br>**D.  SCHEDULING ORDER WITH ATTACHED REVISED EARLY MEETING OF COUNSEL AND JOINT STATUS CONFERENCE INSTRUCTIONS (DKT NO. 4);** |

**E.  ORDER RE COURTROOM PROCEDURES (DKT NO. 5); and**

**F.  NOTICE REGARDING COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1 (DKT NO. 8)**

1

# AMENDED
# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the documents entitled (*specify*):

**A. COMPLAINT FOR: (1) AVOIDANCE OF ACTUAL FRAUDULENT TRANSFERS [11 U.S.C. 544(b) 548(a)(1)(A) and 550(a), and Cal. Civ. Code §§ 3439.04(a) and 3439.07]; (2) AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS [11 U.S.C. §§ 544(b), 548(a)(1)(B), and 550(a), and Cal. Civ. Code §§ 3439.04(b) or 3439.05 and Cal. Civ. Code § 3439.07]; AND (3) RECOVERY OF AVOIDED TRANSFER [11 U.S.C.§ 550(a)] (DKT NO. 1);**

**B. ADVERSARY PROCEEDING COVER SHEET (DKT NO. 1-1);**

**C. SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] (DKT NO. 3);**

**D. SCHEDULING ORDER WITH ATTACHED REVISED EARLY MEETING OF COUNSEL AND JOINT STATUS CONFERENCE INSTRUCTIONS (DKT NO. 4);**

**E. ORDER RE COURTROOM PROCEEDURES (DKT NO. 5); and**

**F. NOTICE REGARDING COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1 (DKT NO. 8).**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On September 19, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 19, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 19, 2019 | Helen Cardoza | /s/ Helen Cardoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**TRUSTEE: Peter J Mastan (TR)**    peter.mastan@dinsmore.com, pmastan@iq7technology.com;travis.terry@dinsmore.com

**ATTORNEY FOR TRUSTEE: Meghann A Triplett**    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Noreen@MarguliesFaithlaw.com;Dana@marguliesfaithlaw.com

**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION (if needed):

2. **SERVED BY UNITED STATES MAIL**:

**JUDGE:** Hon. Ernest M. Robles - 255 E. Temple St., Ste. 1560, Los Angeles, CA 90012 (executed summons only)

**DEFENDANT**: Flintridge Preparatory School, 4543 Crown Ave., La Canada, CA 91011
**DEFENDANT:** Agent for Service of Process for Flintridge Preparatory School: Peter H. Bachmann, 4543 Crown Ave., La Canada, CA 91011

**DEFENDANT:** Hee Young Hwang, 3512 Buena Vista Ave., Glendale, CA 91208-1204

**DEFENDANT:** Young J. Hwang, aka Young Jae Hwang, 19218 Kay Ave., Cerritos, CA 90703-7336
**DEFENDANT:** Young J. Hwang, aka Young Jae Hwang, 3512 Buena Vista Ave., Glendale, CA 91208-1204

**DEFENDANT:** Joyce J. Hwang, 3512 Buena Vista Ave., Glendale, CA 91208-1204
**DEFENDANT:** Joyce J. Hwang, 3339 N. Charles St., Apt. 3792, Baltimore, MD 21218-3223

**DEFENDANT:** Nam Soo Hwang, 19218 Kay Ave., Cerritos, CA 90703-7336
**DEFENDANT:** Nam Soo Hwang, 3512 Buena Vista Ave., Glendale, CA 91208-1204

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**